IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK FRANCIS WARNER,
    Plaintiff,

v.                                       Civil Action No. 3:22-cv-109

BON SECOURS MERCY HEALTH,
    Defendant.

## ORDER

On December 30, 2022, the parties filed a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 30.) The Court acknowledges this voluntary dismissal and shall retain jurisdiction to enforce the terms of the settlement agreement. The Court DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 6 January 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge